Jeffrey Weston Shields (2948)
Jerome Romero (5139)
Troy J. Aramburu (10444)
**JONES WALDO HOLBROOK & McDONOUGH**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537
Email: jshields@joneswaldo.com
  jromero@joneswaldo.com
  taramburu@joneswaldo.com
*Attorneys for Defendant Western United Life Assurance Company*

Peter W. Billings (0330)
Douglas J. Payne (4113)
**FABIAN & CLENDENIN**
215 South State Street, Suite 1200
Salt Lake City, Utah  84111
Telephone: (801) 531-8900
Facsimile:  (801) 596-2814
Email: pbillings@fabianlaw.com
  dpayne@fabianlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>TRI-VALLEY DISTRIBUTING, INC., COOK OIL COMPANY, INC., and SNOBIRD OIL COMPANY, INC.,<br><br>Debtors. | Bankruptcy No. 01-36562 (JAB)<br>(Substantively Consolidated)<br><br>Chapter 11<br><br>Honorable Judith A. Boulden |
| D. RAY STRONG, as EXAMINER for TRI-VALLEY DISTRIBUTING, INC. REORGANIZED DEBTORS; and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN UNITED LIFE ASSURANCE COMPANY,<br><br>Defendant. | Adv. Pro. No. 04-02453 JAB<br><br><br>**NOTICE OF CONTINUED DEPOSITION** |

PLEASE TAKE NOTICE that on Tuesday, March 10, 2010, beginning at the hour of 10:00 a.m., and continuing thereafter until completed, the defendant, Western United Life

- 1 -

921111.1

Assurance Company, will take the deposition of Noel Cook, before a shorthand reporter and notary public, at the office of defendant's attorneys, Jones, Waldo, Holbrook & McDonough, 1441 West Ute Boulevard, Suite 330, Park City, Utah 84098.

DATED: February 18, 2010.

          JONES, WALDO, HOLBROOK & McDONOUGH


        By  /s/ Troy Aramburu
          Jeffrey W. Shields
          Jerome Romero
          Troy J. Aramburu
          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2010, I caused to be served a true and correct copy of the *Notice of Continued Deposition* upon the following parties via first-class mail, postage prepaid:

Kenneth L. Cannon II
Penrod W. Keith
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
Salt Lake City, UT  84111

George B. Hofmann
PARSONS KINGHORN HARRIS, PC
111 East Broadway, Suite 1100
Salt Lake City, UT  84111

Laurie Cayton
OFFICE OF THE UNITED STATES TRUSTEE
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT  84111

Peter W. Billings
Douglas J. Payne
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah  84111

Julie A. Bryan
COHNE RAPPAPORT & SEGAL
257 East 200 South, Suite 700
Salt Lake City, Utah  84111

/s/ Troy Aramburu

921111.1